Buck GOSSETT, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

June 23, 1939.

R. C. Tartar for movant.

Hubert Meredith, Attorney General, and J. M. Campbell, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

Adelaide ALEXANDER, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

Oct. 20, 1939.

Norman W. Bowman for movant.

Hubert Meredith, Attorney General, and J. M. Campbell, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

AMERICAN LIFE & ACCIDENT INSURANCE COMPANY OF KENTUCKY, Movant, v. Adele JOHNSON, Opposed.

Court of Appeals of Kentucky.

Sept. 26, 1939.

Pentecost & Dorsey for movant.

Henson & Taylor, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.